IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                  : Chapter 13
    Fowler, Camille

        Debtor         :    19-15560

### ORDER

AND NOW, ~~xxxxxxxx~~, this __28th__ day of __September__, 2019, upon consideration of the foregoing Motion to Extend the Stay beyond the initial 30 day period under 11 U.S.C. Section 362 (c)(3)(b), filed by the Debtor's attorney IT IS HEREBY ORDERED and DECREED the the Automatic Stay in the above captioned matter shall remain in full force and effect ~~as to all creditors for the duration of this case unless the creditor after motion, notice and cause shown is granted an Order of Relief from the stay~~ until ordered otherwise.

~~It is ordered that copies of this order be served by mail upon John L. Mc Clain, attorney for the debtor, the chapter 13 trustee~~.

                BY THE COURT

                _____
                JUDGE    Jean K. FItzSimon

John L. Mc Clain, Esquire
PO Box 123
Narberth, PA 19072

Scott Waterman Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Fowler, Camille
6022 Locust Street
Philadelphia, PA 19139