IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------x
In re:                                          :
                                                :     In Chapter 13
     ERIKA A. DIAZ                              :
                                                :     Bankruptcy No. 19-16104 (MDC)
                      Debtor.                   :
---------------------------------------------------x

## PRAECIPE TO WITHDRAW OBJECTION

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the City of Philadelphia's Objection to the Proposed Chapter 13 Plan (Document #38) which was filed on April 14, 2020.

 

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: April 22, 2020         By:    */s/ Joshua Domer*
                                     JOSHUA DOMER
                                     Assistant City Solicitor
                                     PA Attorney I.D. 319190
                                     Attorney for the City of Philadelphia
                                          and/or
                                     Water Revenue Bureau
                                     City of Philadelphia Law Department
                                     Municipal Services Building
                                     1401 JFK Boulevard, 5th Floor
                                     Philadelphia, PA 19102-1595
                                     215-686-0519 (phone)
                                     Email: Joshua.Domer@phila.gov