Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
Chapter 13 Case No. 19-15560-AMC

CAMILLE FOWLER  
6022 LOCUST STREET  
PHILADELPHIA  PA    19139

Petition Filed Date: 09/07/2019  
341 Hearing Date: 10/11/2019  
Confirmation Date: 04/29/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/16/2019 | $138.46 | 19478821 | 10/30/2019 | $138.46 | 19857754 | 11/13/2019 | $138.46 | 20229256 |
| 11/26/2019 | $138.46 | 20618297 | 12/10/2019 | $138.46 | 20996935 | 12/26/2019 | $138.46 | 21386392 |
| 01/07/2020 | $138.46 | 21776827 | 01/22/2020 | $138.46 | 22136672 | 02/05/2020 | $138.46 | 22508968 |
| 02/19/2020 | $138.46 | 22896274 | 03/03/2020 | $138.46 | 23287351 | 03/16/2020 | $138.46 | 23678002 |
| 03/31/2020 | $138.46 | 24080007 | 04/14/2020 | $138.46 | 24429311 | 04/28/2020 | $138.46 | 24721312 |
| 05/12/2020 | $138.46 | 24982694 | 05/27/2020 | $138.46 | 25218743 | 06/11/2020 | $138.46 | 25453070 |
| 06/23/2020 | $138.46 | 25675836 | 07/08/2020 | $138.46 | 25909575 | 07/21/2020 | $138.46 | 26134573 |
| 08/03/2020 | $138.46 | 26358812 | | | | | | |

**Total Receipts for the Period:  $3,046.12    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $3,046.12**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $766.21 | $0.00 | $766.21 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $1,165.92 | $0.00 | $1,165.92 |
| 3 | PHILADELPHIA GAS WORKS<br>»» 03A | Unsecured Creditors | $613.40 | $0.00 | $613.40 |
| 4 | PHILADELPHIA GAS WORKS<br>»» 03B | Secured Creditors | $34.47 | $0.00 | $34.47 |
| 5 | PHILADELPHIA GAS WORKS<br>»» 03C | Unsecured Creditors | $731.99 | $0.00 | $731.99 |
| 6 | WELLS FARGO DEALER SERVICES<br>»» 004 | Unsecured Creditors | $11,518.97 | $0.00 | $11,518.97 |
| 7 | WELLS FARGO BANK NEVADA NA<br>»» 005 | Unsecured Creditors | $788.26 | $0.00 | $788.26 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 006 | Unsecured Creditors | $2,791.10 | $0.00 | $2,791.10 |
| 9 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $762.48 | $0.00 | $762.48 |
| 10 | FLAGSTAR BANK<br>»» 009 | Mortgage Arrears | $40,487.68 | $0.00 | $40,487.68 |
| 11 | SYNCHRONY BANK<br>»» 010 | Unsecured Creditors | $1,533.83 | $0.00 | $1,533.83 |
| 12 | CITY OF PHILADELPHIA (LD)<br>»» 011 | Secured Creditors | $1,525.16 | $0.00 | $1,525.16 |
| 13 | CITY OF PHILADELPHIA (LD)<br>»» 012 | Secured Creditors | $535.97 | $0.00 | $535.97 |

| | | | | | |
|---|---|---|---|---|---|
| 14 | CAVALRY INVESTMENTS LLC<br>»»  008 | Unsecured Creditors | $1,039.28 | $0.00 | $1,039.28 |
| 0 | JOHN L MC CLAIN ESQ | Attorney Fees | $6,164.50 | $2,515.60 | $3,648.90 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,046.12 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $2,515.60 | Arrearages: | ($23.12) |
| Paid to Trustee: | $281.30 | Total Plan Base: | $10,823.00 |
| Funds on Hand: | $249.22 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.