## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Camille Fowler | | CHAPTER 13 |
| Debtor(s) | | |
| Pingora Loan Servicing, LLC | | |
| Movant | | |
| vs. | | NO. 19-15560 AMC |
| Camille Fowler | | |
| Debtor(s) | | |
| Scott Waterman | | |
| Trustee | | 11 U.S.C. Sections 362 and 1301 |

### **ORDER**

AND NOW, this _____ day of _____, 2020 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on June 8, 2020 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

**Date: October 15, 2020**

_____
United States Bankruptcy Judge.

cc: See attached service list