| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-15560-AMC**

CAMILLE FOWLER
6022 LOCUST STREET
PHILADELPHIA  PA    19139

Petition Filed Date: 09/07/2019
341 Hearing Date: 10/11/2019
Confirmation Date: 04/29/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2020 | $138.46 | 21776827 | 01/22/2020 | $138.46 | 22136672 | 02/05/2020 | $138.46 | 22508968 |
| 02/19/2020 | $138.46 | 22896274 | 03/03/2020 | $138.46 | 23287351 | 03/16/2020 | $138.46 | 23678002 |
| 03/31/2020 | $138.46 | 24080007 | 04/14/2020 | $138.46 | 24429311 | 04/28/2020 | $138.46 | 24721312 |
| 05/12/2020 | $138.46 | 24982694 | 05/27/2020 | $138.46 | 25218743 | 06/11/2020 | $138.46 | 25453070 |
| 06/23/2020 | $138.46 | 25675836 | 07/08/2020 | $138.46 | 25909575 | 07/21/2020 | $138.46 | 26134573 |
| 08/03/2020 | $138.46 | 26358812 | 08/17/2020 | $138.46 | 26585670 | 09/01/2020 | $138.46 | 26811341 |
| 09/15/2020 | $138.46 | 27040357 | 09/30/2020 | $138.46 | 27258285 | 10/13/2020 | $138.46 | 27489287 |
| 10/27/2020 | $138.46 | 27720304 | 11/10/2020 | $138.46 | 27952622 | 11/24/2020 | $138.46 | 28187540 |
| 12/11/2020 | $138.46 | 28418333 | 12/22/2020 | $138.46 | 28658076 | 01/05/2021 | $138.46 | 28900401 |
| 01/22/2021 | $138.46 | 29117316 | 02/02/2021 | $138.46 | 29354170 | 02/17/2021 | $138.46 | 29589147 |
| 03/04/2021 | $138.46 | 29820396 | 03/16/2021 | $138.46 | 30070282 | 03/30/2021 | $138.46 | 30313651 |
| 04/13/2021 | $138.46 | 30558636 | 04/27/2021 | $138.46 | 30801579 | 05/11/2021 | $138.46 | 31052668 |
| 05/26/2021 | $138.46 | 31290838 | 06/08/2021 | $138.46 | 31545746 | | | |

**Total Receipts for the Period: $5,261.48   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $6,092.24**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $766.21 | $0.00 | $766.21 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $1,165.92 | $0.00 | $1,165.92 |
| 3 | PHILADELPHIA GAS WORKS<br>»» 03A | Unsecured Creditors | $613.40 | $0.00 | $613.40 |
| 4 | PHILADELPHIA GAS WORKS<br>»» 03B | Secured Creditors | $34.47 | $0.00 | $34.47 |
| 5 | PHILADELPHIA GAS WORKS<br>»» 03C | Unsecured Creditors | $731.99 | $0.00 | $731.99 |
| 6 | WELLS FARGO DEALER SERVICES<br>»» 004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | WELLS FARGO BANK NEVADA NA<br>»» 005 | Unsecured Creditors | $788.26 | $0.00 | $788.26 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 006 | Unsecured Creditors | $2,791.10 | $0.00 | $2,791.10 |
| 9 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $762.48 | $0.00 | $762.48 |
| 10 | FREEDOM MORTGAGE CORPORATION<br>»» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-15560-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 11 | SYNCHRONY BANK<br>»» 010 | Unsecured Creditors | $1,533.83 | $0.00 | $1,533.83 |
| 12 | CITY OF PHILADELPHIA (LD)<br>»» 011 | Secured Creditors | $1,525.16 | $0.00 | $1,525.16 |
| 13 | CITY OF PHILADELPHIA (LD)<br>»» 012 | Secured Creditors | $535.97 | $0.00 | $535.97 |
| 14 | CAVALRY INVESTMENTS LLC<br>»» 008 | Unsecured Creditors | $1,039.28 | $0.00 | $1,039.28 |
| 0 | JOHN L MC CLAIN ESQ | Attorney Fees | $6,164.50 | $5,319.42 | $845.08 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,092.24 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $5,319.42 | Arrearages: | ($69.24) |
| Paid to Trustee: | $523.60 | Total Plan Base: | $10,823.00 |
| Funds on Hand: | $249.22 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.