**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Chapter 13 |
|     Fowler, Camille | |
| | :     19-15560 |
|     **Debtor** | : |

## CERTIFICATE OF SERVICE

I certify that copies of the **Debtor's Response to the Motion for Relief** was served upon the parties listed below, by mailing such copy by first class, regular U.S. mail, postage prepaid or by electronic means on  March 21, 2022.

    "/s/"Mitchell J. Prince
John L. McClain, Esquire
Mitchell J. Prince, Esquire
Attorneys for debtor

JOHN L. MCCLAIN & ASSOCIATES
ATTORNEYS AT LAW
PO Box 123
Narberth, PA 19072

Andrew Spivack, Esquire
Attorney for Creditor
BROCK & SCOTT, PLLC
302 Fellowship Road, Suite 130
Mount Laurel, NJ 08054

Scott Waterman Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606