# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>CAMILLE FOWLER<br>    Debtor | Case No. 19-15560-amc |
| Freedom Mortgage Corporation,<br>    Movant | Chapter 13 |
| vs.<br>CAMILLE FOWLER<br>    Respondents | 11 U.S.C. §362 |

## ORDER

**AND NOW**, this _____ day of _____ , 2022, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

**Date: March 30, 2022**

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge