IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re                                      :
                                           :    Chapter 13
      Camille Fowler                       :
                                           :    Bankruptcy No. 19-15560 (amc)
                        Debtor.            :
-------------------------------------------------------x
```

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the following document filed by the City of Philadelphia, filed on August 4, 2022 [Docket No. 69].

        Respectfully submitted,

        THE CITY OF PHILADELPHIA

Dated: August 4, 2022      By:  /s/ Pamela Elchert Thurmond
        PAMELA ELCHERT THURMOND
        Senior Attorney
        PA Attorney I.D. 202054
        City of Philadelphia Law Department
        Tax & Revenue Unit
        1401 JFK Blvd., 5th Floor
        Philadelphia, PA  19102-1595
        215-686-0508 (phone)
        215-686-0588 (facsimile)
        Email: Pamela.Thurmond@phila.gov