**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                : Chapter 13
    **Fowler, Camille**
        Debtor                                            : 19-15560

**AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE
DEDUCTIONS FOR REMITTANCE TO TRUSTEE**

**TO EMPLOYER:
Exelon Corp _ Payroll
PO Box 4647
Chicago, IL 60680**

Re:    **Fowler, Camille** SSN:       xxx-xx-2648

    The future earnings of the above named debtor Fowler, Camille, being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's amended chapter 13 plan,

    **It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of: **$300.00 for 36 months (effective October 1, 2019), then as of this October 1, 2022, the monthly payment shall increase to $485.00 for a period of 24 months,** pro rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

    The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

    **$300.00 for 36 months (effective October 1, 2019), then as of this October 1, 2022, the monthly payment shall increase to $485.00 for a period of 24 months to:** Scott Waterman Trustee, P.O. Box 680, Memphis, TN 38101-0680

BY THE COURT:_____
                 JUDGE                                    Date: August 4, 2022

Exelon Corp _ Payroll
PO Box 4647
Chicago, IL 60680

Fowler, Camille
6022 Locust Street
Philadelphia, PA 19139

Scott Waterman Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606


John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123