| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-15560-AMC

CAMILLE FOWLER
6022 LOCUST STREET
PHILADELPHIA  PA    19139

Petition Filed Date: 09/07/2019
341 Hearing Date: 10/11/2019
Confirmation Date: 04/29/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/13/2021 | $138.46 | 30558636 | 04/27/2021 | $138.46 | 30801579 | 05/11/2021 | $138.46 | 31052668 |
| 05/26/2021 | $138.46 | 31290838 | 06/08/2021 | $138.46 | 31545746 | 06/23/2021 | $138.46 | 31772169 |
| 07/07/2021 | $138.46 | 32014724 | 07/20/2021 | $138.46 | 32251690 | 08/03/2021 | $138.46 | 32489575 |
| 08/17/2021 | $138.46 | 32734496 | 08/31/2021 | $138.46 | 32968925 | 09/14/2021 | $138.46 | 33220606 |
| 09/28/2021 | $138.46 | 33459779 | 10/13/2021 | $138.46 | 33695460 | 10/26/2021 | $138.46 | 33935622 |
| 11/12/2021 | $138.46 | 34179151 | 12/09/2021 | $138.46 | 34669565 | 12/10/2021 | $138.46 | 34419948 |
| 12/22/2021 | $138.46 | 34916730 | 01/04/2022 | $138.46 | 35171595 | 01/14/2022 | $138.46 | 35351425 |
| 02/01/2022 | $138.46 | 35543530 | 02/22/2022 | $138.46 | 35795628 | 02/25/2022 | $138.46 | 36035624 |
| 03/14/2022 | $138.46 | 36312320 | 03/25/2022 | $138.46 | 36593700 | 04/06/2022 | $138.46 | 36810376 |
| 04/25/2022 | $138.46 | 37104697 | 05/05/2022 | $138.46 | 37341858 | 05/18/2022 | $138.46 | 37547520 |
| 06/02/2022 | $138.46 | 37840360 | 06/15/2022 | $138.46 | 38047175 | 06/29/2022 | $138.46 | 38266411 |
| 07/15/2022 | $138.46 | 38520728 | 07/29/2022 | $138.46 | 38754650 | | | |

**Total Receipts for the Period: $4,846.10   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $10,246.04**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $766.21 | $73.70 | $692.51 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $1,165.92 | $112.14 | $1,053.78 |
| 3 | PHILADELPHIA GAS WORKS<br>»» 03A | Unsecured Creditors | $613.40 | $59.00 | $554.40 |
| 4 | PHILADELPHIA GAS WORKS<br>»» 03B | Secured Creditors | $34.47 | $34.47 | $0.00 |
| 5 | PHILADELPHIA GAS WORKS<br>»» 03C | Unsecured Creditors | $731.99 | $70.41 | $661.58 |
| 6 | WELLS FARGO DEALER SERVICES<br>»» 004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | WELLS FARGO BANK NEVADA NA<br>»» 005 | Unsecured Creditors | $788.26 | $75.81 | $712.45 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 006 | Unsecured Creditors | $2,791.10 | $268.48 | $2,522.62 |
| 9 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $762.48 | $73.35 | $689.13 |
| 10 | FREEDOM MORTGAGE CORPORATION<br>»» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-15560-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 11 | SYNCHRONY BANK<br>»» 010 | Unsecured Creditors | $1,533.83 | $147.54 | $1,386.29 |
| 12 | CITY OF PHILADELPHIA (LD)<br>»» 011 | Secured Creditors | $1,525.16 | $1,525.16 | $0.00 |
| 13 | CITY OF PHILADELPHIA (LD)<br>»» 012 | Secured Creditors | $535.97 | $535.97 | $0.00 |
| 14 | CAVALRY SPV INVESTMENTS LLC<br>»» 008 | Unsecured Creditors | $1,039.28 | $99.97 | $939.31 |
| 0 | JOHN L MC CLAIN ESQ | Attorney Fees | $6,164.50 | $6,164.50 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,246.04 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $9,240.50 | Arrearages: | ($323.04) |
| Paid to Trustee: | $878.16 | Total Plan Base: | $10,823.00 |
| Funds on Hand: | $127.38 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.