**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                    : Chapter 13

**Fowler, Camille**

      **Debtor**

                      :        19-15560

**CERTIFICATE OF SERVICE**

I certify that on September 2, 2022 the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtor's petition and from the claims docket were served a copy of the Debtor's Proposed Revised Modified Chapter 13 Plan (Second Amended) either by way of ECF or by first class regular U.S. mail.

Dated: September 2, 2022

                        "/s/"Mitchell J. Prince
                        John L. McClain, Esquire
                        Mitchell J. Prince, Esquire
                        Attorneys for debtor

John L. McClain and Associates
PO Box 123
Narberth, PA 19072