**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | **: Chapter 13** |
| **Fowler, Camille** | |
| **Debtor** | **: 19-15560** |

### ORDER FOR ALLOWANCE OF SUPPLEMENTAL COMPENSATION
### AND REIMBURSEMENT OF EXPENSES

AND NOW, to wit, this _____day of _____, 2022, upon consideration of the foregoing Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation, IT IS HEREBY

ORDERED that the Supplemental Application is granted and, further, the unpaid balance of $3,000.00 of the SUPPLEMENTAL legal fees and incurred expenses shall be paid through debtor's Chapter 13 Plan and per the approved Modified plan through the office of the Chapter 13 trustee as an administrative priority expense.

**Date: October 13, 2022**    _____
                                Bankruptcy Judge