IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
In re:                                                    :
                                                          :
    Camille Fowler                     :
                                                          :  Bankruptcy No. 19-15560 (amc)
                   Debtor.       :
---------------------------------------------------------x

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE BANKRUPTCY COURT:

    Kindly withdraw the appearance of JOSHUA DOMER, Esquire as counsel of record for creditor The City of Philadelphia and/or Water Revenue Bureau in the above-captioned matter.

                                                      THE CITY OF PHILADELPHIA

Dated: June 23, 2023        By:    */s/ JOSHUA DOMER*
                                                   JOSHUA DOMER
                                                   DEPUTY CITY SOLICITOR
                                                   PA Attorney I.D. 319190

## **ENTRY OF APPEARANCE**

Kindly enter the appearance of PAMELA ELCHERT THURMOND, Esquire as counsel of record for creditor The City of Philadelphia and/or the Water Revenue Bureau in the above captioned matter.

                                              THE CITY OF PHILADELPHIA

Dated: June 23, 2023       By:    */s/ Pamela Elchert Thurmond*
                                              PAMELA ELCHERT THURMOND
                                              Senior Attorney
                                              PA Attorney I.D. 202054
                                              Attorney for the City of Philadelphia
                                              City of Philadelphia Law Department
                                              Municipal Services Building
                                              1401 JFK Boulevard, 5th Floor
                                              Philadelphia, PA  19102-1595
                                              215-686-0508 (phone)
                                              Email: Pamela.Thurmond@phila.gov