| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 19-15560-AMC

CAMILLE FOWLER  
6022 LOCUST STREET  
PHILADELPHIA  PA    19139

Petition Filed Date: 09/07/2019  
341 Hearing Date: 10/11/2019  
Confirmation Date: 04/29/2020

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/12/2022 | $138.46 | 39023001 | 08/30/2022 | $138.46 | 39236589 | 09/13/2022 | $138.46 | 39471776 |
| 09/21/2022 | $138.46 | 39704076 | 10/20/2022 | $223.85 | 40165915 | 11/02/2022 | $223.85 | 40404533 |
| 11/22/2022 | $223.85 | 40716824 | 12/07/2022 | $223.85 | 40946382 | 12/14/2022 | $223.85 | 411367233 |
| 01/04/2023 | $223.85 | 41395000 | 01/11/2023 | $223.85 | 41577989 | 01/25/2023 | $223.85 | 41826554 |
| 02/14/2023 | $223.85 | 42034886 | 02/28/2023 | $223.85 | 42266711 | 03/13/2023 | $223.85 | 42467392 |
| 03/22/2023 | $223.85 | 42713009 | 04/06/2023 | $223.85 | 42945726 | 04/19/2023 | $223.85 | 43179667 |
| 05/03/2023 | $223.85 | 43427862 | 05/17/2023 | $223.85 | 43619532 | 06/01/2023 | $223.85 | 43911512 |
| 06/13/2023 | $223.85 | 44100080 | 06/28/2023 | $223.85 | 44346262 | 07/12/2023 | $223.85 | 44567358 |
| 07/26/2023 | $223.85 | 44811942 | | | | | | |

**Total Receipts for the Period:  $5,254.69    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $15,500.73**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $766.21 | $73.70 | $692.51 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $1,165.92 | $112.14 | $1,053.78 |
| 3 | PHILADELPHIA GAS WORKS<br>»» 03A | Unsecured Creditors | $613.40 | $59.00 | $554.40 |
| 4 | PHILADELPHIA GAS WORKS<br>»» 03B | Secured Creditors | $34.47 | $34.47 | $0.00 |
| 5 | PHILADELPHIA GAS WORKS<br>»» 03C | Unsecured Creditors | $731.99 | $70.41 | $661.58 |
| 6 | WELLS FARGO DEALER SERVICES<br>»» 004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | WELLS FARGO BANK NEVADA NA<br>»» 005 | Unsecured Creditors | $788.26 | $75.81 | $712.45 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 006 | Unsecured Creditors | $2,791.10 | $268.48 | $2,522.62 |
| 9 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $762.48 | $73.35 | $689.13 |
| 10 | FREEDOM MORTGAGE CORPORATION<br>»» 009 | Secured Creditors | $6,649.77 | $1,737.78 | $4,911.99 |
| 11 | SYNCHRONY BANK<br>»» 010 | Unsecured Creditors | $1,533.83 | $147.54 | $1,386.29 |
| 12 | CITY OF PHILADELPHIA (LD)<br>»» 011 | Secured Creditors | $1,525.16 | $1,525.16 | $0.00 |

**Chapter 13 Case No. 19-15560-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 13 | CITY OF PHILADELPHIA (LD) »» 012 | Secured Creditors | $535.97 | $535.97 | $0.00 |
| 14 | CAVALRY SPV INVESTMENTS LLC »» 008 | Unsecured Creditors | $1,039.28 | $99.97 | $939.31 |
| 0 | JOHN L MC CLAIN ESQ | Attorney Fees | $6,164.50 | $6,164.50 | $0.00 |
| 0 | JOHN L MC CLAIN ESQ | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,500.73 | Current Monthly Payment: | $485.00 |
| Paid to Claims: | $13,978.28 | Arrearages: | $657.23 |
| Paid to Trustee: | $1,318.75 | Total Plan Base: | $21,007.96 |
| Funds on Hand: | $203.70 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.