Certificate Number: 03088-PAE-DE-038145711

Bankruptcy Case Number: 19-15560



03088-PAE-DE-038145711

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 31, 2024, at 1:13 o'clock PM CST, Camille J Fowler completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: January 31, 2024

By: /s/Katherine Minnich

Name: Katherine Minnich

Title: Counselor