United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                 Case No. 19-15560-amc

Camille Fowler                                                                                   Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                    User: admin                                    Page 1 of 4

Date Rcvd: Jul 22, 2024                           Form ID: 138OBJ                              Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Camille Fowler, 6022 Locust Street, Philadelphia, PA 19139-3732 |
| 14641630 | + | Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14831450 | + | FREEDOM MORTGAGE CORPORATION, C/O Mark A. Cronin, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14384880 | + | FedLoan Servicing, Attention: Bankruptcy, PO Box 69184, Harrisburg, PA 17106-9184 |
| 14641872 | + | Freedom Mortgage Corporation, c/o Andrew Spivack, Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14384886 | #+ | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 23 2024 00:08:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 23 2024 00:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14384894 | | Email/Text: megan.harper@phila.gov | Jul 23 2024 00:08:00 | WATER REVENUE BUREAU, City of Philadelphia Law Dept, 1515 Arch Street, 15th flr, Philadelphia, PA 19102 |
| 14438326 | | Email/Text: megan.harper@phila.gov | Jul 23 2024 00:08:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14478054 | | Email/Text: megan.harper@phila.gov | Jul 23 2024 00:08:00 | City of Philadelphia Water Revenue Bureau, c/o Joshua Domer, Esquire, Municipal Service Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, Pa 19102-1595 |
| 14384877 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 23 2024 00:18:02 | Capital One, Attn: General Correspondence/Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14420192 | + | Email/Text: bankruptcy@cavps.com | Jul 23 2024 00:08:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14384878 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 23 2024 00:08:00 | Credit Collections Services, Attention: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2609 |
| 14384879 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 23 2024 00:07:09 | Credit One Bank Na, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14421723 | | Email/Text: cashiering-administrationservices@flagstar.com | | |

Case 19-15560-amc    Doc 95    Filed 07/24/24    Entered 07/25/24 00:36:16    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 22, 2024 | Form ID: 138OBJ | Total Noticed: 40 |

| | | | |
|---|---|---|---|
| | | Jul 23 2024 00:08:00 | Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 14384883 | ^ MEBN | Jul 22 2024 23:58:36 | FLAGSTAR BANK, FSB, PO Box 619063, Dallas, TX 75261-9063 |
| 14384881 | + Email/Text: bnc-bluestem@quantum3group.com | Jul 23 2024 00:08:00 | Fingerhut, Bankruptcy Dept, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 14384882 | + Email/Text: cashiering-administrationservices@flagstar.com | Jul 23 2024 00:08:00 | Flagstar Bank, Bankruptcy Department 3B-144, 5151 Corporate Dr, Troy, MI 48098-2639 |
| 14641631 | + Email/Text: Bankruptcy@Freedommortgage.com | Jul 23 2024 00:07:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14384884 | + Email/Text: bankruptcy@sccompanies.com | Jul 23 2024 00:08:00 | Ginnys/Swiss Colony Inc, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14384885 | + Email/Text: bkynotice@harvardcollect.com | Jul 23 2024 00:08:00 | Harvard Collection, Attn: Bankruptcy, 4839 N Elston Ave, Chicago, IL 60630-2589 |
| 14384887 | ^ MEBN | Jul 22 2024 23:58:31 | KML Law Group, PC, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14390904 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 23 2024 00:17:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14418231 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 23 2024 00:08:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14384888 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 23 2024 00:08:00 | Pennsylvania Department of Revenue, Bankruptcy Department, PO Box 280946, Harrisburg, PA 17128-0946, ATTN: Michael Martin, Chief |
| 14393537 | ^ MEBN | Jul 22 2024 23:58:33 | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14391332 | ^ MEBN | Jul 22 2024 23:58:32 | Pingora Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14384889 | + Email/Text: BKelectronicnotices@cenlar.com | Jul 23 2024 00:07:00 | Pingora c/o Cenlar FSB, Po Box 77404, Ewing, NJ 08628-6404 |
| 14426344 | + Email/Text: bncmail@w-legal.com | Jul 23 2024 00:08:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14384890 | + Email/Text: bankruptcy@sccompanies.com | Jul 23 2024 00:08:00 | Seventh Avenue, Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14384891 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 23 2024 00:07:04 | Syncb/Lord & Taylor, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14384892 | + Email/Text: bncmail@w-legal.com | Jul 23 2024 00:08:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 14477620 | + Email/Text: megan.harper@phila.gov | Jul 23 2024 00:08:00 | The City of Philadelphia, c/o Joshua Domer, Esq., City of Philadelphia Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 14384893 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 23 2024 00:07:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |
| 14384895 | + Email/Text: megan.harper@phila.gov | Jul 23 2024 00:08:00 | Water Revenue Bureau, 1401 JFK Blvd, 5th Floor, Philadelphia, PA 19102-1663 |
| 14384896 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 23 2024 00:17:18 | Wells Fargo Bank, PO Box 10438, MACF8235-02F, Des Moines, IA 50306-0438 |
| 14412620 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 23 2024 00:17:46 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 14414907 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Jul 23 2024 00:17:46 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14384897 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 23 2024 00:06:28 | Wells Fargo Dealer Services, Attn: Bankruptcy, PO Box 19657, Irvine, CA 92623-9657 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14579028 | | Freedom Mortgage Corporation, c/o Andrew Spivack, Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 24, 2024        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Pingora Loan Servicing  LLC bkgroup@kmllawgroup.com |
| JOHN L. MCCLAIN | on behalf of Debtor Camille Fowler aaamcclain@aol.com  edpabankcourt@aol.com;JLMcClain@jubileebk.net |
| KEVIN G. MCDONALD | on behalf of Creditor Pingora Loan Servicing  LLC bkgroup@kmllawgroup.com |
| MARIO J. HANYON | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| MATTHEW K. FISSEL | on behalf of Creditor Freedom Mortgage Corp. wbecf@brockandscott.com  matthew.fissel@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |
| United States Trustee | |

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

*Form 138OBJ* (6/24)−doc 94 − 93

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>　Camille Fowler　　　　　　　　　　　　) <br> ) <br> ) <br> Debtor(s).　　　　　　　　　　　　　　　) <br> ) <br> ) | Case No. 19−15560−amc <br><br> Chapter: 13 |

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

　To all creditors and parties in interest, NOTICE IS GIVEN THAT:

　The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

　Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

　All objections must be filed with the Clerk at the following address:

　　Eastern District of Pennsylvania
　　900 Market Street
　　Suite 400
　　Philadelphia, PA 19107

　In the absence of any objection, the Court may enter the Order of Discharge.

Date: July 22, 2024　　　　　　　　　　　　　　　　　　　　　　　　　For The Court

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Timothy B. McGrath
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court