**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                          : Chapter 13
    Fowler, Camille

    Debtor                                      : 19-15560

**CERTIFICATE OF SERVICE OF
<u>NOTICE OF TERMINATION OF WAGE ORDER</u>**

    I certify that on <u>August 5, 2024</u>, I mailed by regular first class mail and/or by electronic means a copy of the NOTICE OF TERMINATION OF WAGE ORDER filed by the court to the Debtor's employer listed below.

Dated: <u>August 5, 2024</u>

                             <u>"/s/" Mitchell J. Prince</u>
                             John L. McClain, Esquire
                             Mitchell J. Prince, Esquire
                             Attorneys for debtor

**JOHN L. MCCLAIN & ASSOCIATES, PC
1851 C.R. 27
Owls Head, NY 12969**

Exelon Corp _ Payroll
PO Box 4647
Chicago, IL 60680