| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 19-15560-AMC

CAMILLE FOWLER
6022 LOCUST STREET
PHILADELPHIA  PA    19139

Petition Filed Date: 09/07/2019
341 Hearing Date: 10/11/2019
Confirmation Date: 04/29/2020

Case Status: Completed on 7/ 3/2024

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/15/2023 | $223.85 | 45037371 | 08/25/2023 | $223.85 | 45269932 | 09/07/2023 | $223.85 | 45475716 |
| 09/22/2023 | $223.85 | 45765889 | 10/04/2023 | $223.85 | 45997992 | 10/25/2023 | $223.85 | 46215686 |
| 11/02/2023 | $223.85 | 46429193 | 11/07/2023 | $242.50 | 46487168 | 11/21/2023 | $242.50 | 46743766 |
| 12/07/2023 | $242.50 | 46986098 | 12/27/2023 | $242.50 | 47267176 | 01/04/2024 | $242.50 | 47531575 |
| 01/23/2024 | $242.50 | 47708451 | 02/13/2024 | $242.50 | 47974101 | 02/22/2024 | $242.50 | 48220166 |
| 03/06/2024 | $242.50 | 48449339 | 03/21/2024 | $242.50 | 48685283 | 04/08/2024 | $242.50 | 48918712 |
| 04/23/2024 | $242.50 | 49232275 | 05/09/2024 | $242.50 | 49487609 | 05/22/2024 | $242.50 | 49741321 |
| 06/05/2024 | $242.50 | 49984177 | 06/21/2024 | $242.50 | 50284444 | 07/03/2024 | $242.50 | 50525252 |

**Total Receipts for the Period: $5,689.45  Amount Refunded to Debtor Since Filing: $182.22  Total Receipts Since Filing: $21,190.18**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $766.21 | $93.03 | $673.18 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $1,165.92 | $141.56 | $1,024.36 |
| 3 | PHILADELPHIA GAS WORKS<br>»» 03A | Unsecured Creditors | $613.40 | $74.48 | $538.92 |
| 4 | PHILADELPHIA GAS WORKS<br>»» 03B | Secured Creditors | $34.47 | $34.47 | $0.00 |
| 5 | PHILADELPHIA GAS WORKS<br>»» 03C | Unsecured Creditors | $731.99 | $88.88 | $643.11 |
| 6 | WELLS FARGO DEALER SERVICES<br>»» 004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | WELLS FARGO BANK NEVADA NA<br>»» 005 | Unsecured Creditors | $788.26 | $95.70 | $692.56 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 006 | Unsecured Creditors | $2,791.10 | $338.90 | $2,452.20 |
| 9 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $762.48 | $92.59 | $669.89 |
| 10 | FREEDOM MORTGAGE CORPORATION<br>»» 009 | Secured Creditors | $6,649.77 | $6,649.77 | $0.00 |
| 11 | SYNCHRONY BANK<br>»» 010 | Unsecured Creditors | $1,533.83 | $186.24 | $1,347.59 |
| 12 | CITY OF PHILADELPHIA (LD)<br>»» 011 | Secured Creditors | $1,525.16 | $1,525.16 | $0.00 |

**Chapter 13 Case No. 19-15560-AMC**

| 13 | CITY OF PHILADELPHIA (LD) »» 012 | Secured Creditors | $535.97 | $535.97 | $0.00 |
| 14 | CAVALRY SPV INVESTMENTS LLC »» 008 | Unsecured Creditors | $1,039.28 | $126.19 | $913.09 |
| 0 | JOHN L MC CLAIN ESQ | Attorney Fees | $6,164.50 | $6,164.50 | $0.00 |
| 0 | JOHN L MC CLAIN ESQ | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 15 | CAVALRY SPV INVESTMENTS LLC | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 16 | PINGORA C/O CENLAR FSB | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | PA DEPARTMENT OF REVENUE | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 18 | CCS COLLECTIONS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | FEDERAL LOAN SERVICING | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | FINGERHUT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | GINNYS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | HARVARD COLLECTIONS SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | SEVENTH AVENUE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | SYNCHRONY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | TARGET | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | VERIZON | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | CAMILLE FOWLER | Debtor Refunds | $182.22 | $182.22 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,190.18 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $19,329.66 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,860.52 | Total Plan Base: | $21,007.96 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.